UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 12-11716-RWZ


GREGORY L. DOBLE

v.

MILLIKEN AND COMPANY,
JOSEPH SALLEY and JAMES McNULTY


ORDER

October 16, 2013


ZOBEL, D.J.


      Plaintiff Gregory L. Doble, a sales representative for Constantine LLC and its

successor, Milliken and Company,  complains that the latter, Milliken, failed to pay him

commissions he had earned selling carpets and other floor coverings Milliken had

manufactured.  The dispute grew out of Constantine's and later Milliken's inability to

meet the specifications of a very large contract and plaintiff's resulting loss of

commissions.   The complaint alleges breach of an employment agreement, promises

made and broken, and frequent errors by the accounting department.  The matter is

before the court on plaintiff's motion to compel interrogatory responses, further

deposition testimony and production of documents (Docket # 27).

      The motion is a broadside attack on defendant's responses to each set of

requests and without sufficient detail to allow the court to address plaintiff's complaints.

Accordingly, the parties, who apparently did not meet and confer about the alleged

overbreadth of plaintiff's discovery requests and defendants' failures to respond in full,

shall do so forthwith.   If any disputes remain thereafter the parties shall report such to

the court together with a detailed statement of any remaining disputes in a form that

allows the court to rule thereon.


_____October 16, 2013_____                    _____/s/Rya W. Zobel_____
DATE                                           RYA W. ZOBEL
                                               UNITED STATES DISTRICT JUDGE